# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Theresa Lynn Schosker**; DOB: 1956; United States<br>**Brancon Amparan**; DOB: 1981; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>20-04281MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about January 26, 2020, in the District of Arizona, **Theresa Lynn Schosker** and **Brancon Amparan**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, namely Rodin Yohani Lucas-Canahui and Gerber Estif Pineda-Sierra, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A); 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On or about January 26, 2020, in the District of Arizona, United States Border Patrol Agents (BPA) attempted a traffic stop on a 2003 Honda Pilot near Sasabe. As the vehicle pulled over, two subjects dressed in camouflage fled from the vehicle and ran through the desert. The driver, **Theresa Lynn Schosker,** and front seat passenger, **Brancon Amparan,** remained in the vehicle. BPAs also discovered a female wearing camouflage and a child attempting to hide underneath blankets in the backseat. The two subjects that fled were apprehended and identified as Gerber Estif Pineda-Sierra Rodin and Yohani Lucas-Canahui. All four subjects were determined to be citizens of Guatemala, in the United States illegally.

Material witnesses Rodin Yohani Lucas-Canahui and Gerber Estif Pineda-Sierra, stated they had arranged and made payments to be smuggled into the United States. They both stated that after they crossed into the country illegally, they walked to a designated location where they were picked up by **Theresa Lynn Schosker** and **Brancon Amparan.** Lucas-Canahui stated he believed **Theresa Lynn Schosker** and **Brancon Amparan** knew they were illegal aliens, and that they were going to receive $5,000 for transporting them. Pineda-Sierra stated **Schosker** honked the horn for the aliens to enter the vehicle. He further stated that **Schosker** told them to duck down to avoid detection.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Rodin Yohani Lucas-Canahui and Gerber Estif Pineda-Sierra

| Detention Requested<br>Being duly sworn, I declare that the foregoing is<br>true and correct to the best of my knowledge.<br>AUTHORIZED BY: AUSA JAA/lmw | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent |
|---|---|
| Sworn to before me and subscribed in my presence.<br>SIGNATURE OF MAGISTRATE JUDGE[1] Maria S. Aguilera | January 27, 2020 |

1) See Federal rules of Criminal Procedure Rules 3 and 54